BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for:
JASON NATHANIEL REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON NATHANIEL REED, et. al.,<br><br>  Defendants. | No.  CR. S-13-144 KJM<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR JASON REED'S INITIAL APPEARANCE AND ARRAIGNMENT |

JASON NATHANIEL REED, by and through his attorney, Bruce Locke and the UNITED STATES, by and through its attorney, Jared Dolan, hereby stipulate that Mr. Reed's initial appearance in this Court should be continued from May 15, 2013 to June 5, 2013 at 2:00 p.m.

Mr. Reed self-surrendered to the Marshal's office in Colorado when he was informed of the Indictment in this case and he was released on a $10,000 unsecured bond and ordered to appear in this Court on May 15, 2013. Mr. Reed is financially unable to afford to travel to Sacramento at this time. However, he recently started two jobs waiting on tables and he believes that he will be able to afford to travel to Sacramento in early June. Undersigned counsel is not available the last week in May of 2013.

Respectfully submitted,

DATED: May 10, 2013                /s/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Jason Reed

1

DATED: May 10, 2013         /s/ Bruce Locke
                            JARED DOLAN
                            Assistant United States Attorney

Based upon the forgoing, it is hereby ORDERED:

that Jason Nathaniel Reed's initial appearance and arraignment is continued from May 15, 2013 to June 5, 2013 at 2:00 p.m.

Dated: May 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2