1 | Bruce Locke (#177787)

2 | Moss & Locke

3 | 800 Howe Ave, Ste 110

4 | Sacramento, CA 95825

5 | 916-569-0667

6 | Attorneys for Jason Nathaniel Reed

**FILED**

MAY 27 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | United States,

12 | Plaintiff,

13 | v.

14 | Jason Nathaniel Reed, et. al.,

15 | Defendant.

No. 2:13-CR-144 JAM

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING THE CHANGE OF PLEA
FROM JUNE 9, 2015 TO JUNE 16, 2015

16

17 | IT IS HEREBY STIPULATED AND AGREED between the defendant, Jason Reed, by

18 | and through his undersigned defense counsel, and the United States of America by and through its

19 | counsel, Assistant U.S. Attorney Jared Dolan, that the change of plea hearing presently set for

20 | June 9, 2015 at 9:15 a.m., should be continued to June 16, 2015 at 9:15 a.m., and that time under

21 | the Speedy Trial Act should be excluded from June 9, 2015 through June 16, 2015.

22 | The reason for the continuance is that the defendant has an all-employee meeting at this

23 | current place of employment and he would lose his job if he did not attend the meeting. The

24 | parties stipulate that the ends of justice served by granting this continuance outweigh the best

25 | interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan

26 | has authorized Mr. Locke to sign this pleading for him.

27 | DATED: May 27, 2015                  _____/S/ Bruce Locke_____
                                       BRUCE LOCKE
28 |                                      Attorney for Jason Reed

1

1

2

DATED: May 27, 2015

/S/ Bruce Locke
For JARED DOLAN
Attorney for the United States

3

4

5

6

     The Court finds, for the reasons stated above, that the ends of justice served by granting

7

this continuance outweigh the best interests of the public and the defendants in a speedy trial, and,

8

therefore.

9

     IT IS SO ORDERED.

10

DATED: _MAy 27, 2015_

11

UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28