Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Jason Nathaniel Reed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, | No. 2:13-CR-144 JAM |
| Plaintiff, | |
| v. | **APPLICATION FOR TRANSPORTATION AND PER DIEM ORDER PURSUANT TO 18 U.S.C. § 4285** |
| Jason Nathaniel Reed, et. al., | |
| Defendant. | |

The defendant, Jason Reed, by and through his undersigned defense counsel, hereby applies to this Court for an order of transportation and subsistence allowance in the interest of justice pursuant to 18 U.S.C. § 4285, for Mr. Reed's round-trip travel for a change of plea hearing on June 16, 2015 at 9:15 a.m.

Mr. Reed resides in Aspin, Colorado. He is indigent and has been appointed counsel under the Criminal Justice Act. Mr. Reed is unable to afford travel, lodging, and subsistence to enable him to attend his change of plea hearing in Sacramento federal court on June 15, 2015. Mr. Reed requests that travel be arranged for him to fly from Aspin, Colorado to Sacramento on June 15, 2015, one-night lodging on June 15, 2015, and for return travel from Sacramento, California to Aspin, Colorado on June 16, 2015, after all proceedings have been concluded.

In the interests of justice the Court is requested to direct the United States Marshal to furnish Jason Reed with round-trip transportation from Aspin, Colorado to Sacramento,

California on June 15, 2015 for Mr. Reed's appearance at the change of plea hearing on June 16, 2015 at 9:15 a.m.; lodging for one night on Judge 15, 2015, and for subsistence not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. § 5702(a) and pursuant to 18 U.S.C. § 4285.

DATED: June 9, 2015                       /S/ Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for Jason Reed

**ORDER**

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Jason Reed, with airfare from Aspin, Colorado to Sacramento, California on June 15, 2015, one night's lodging on June 15, 2015, and for his return transportation after all proceedings on June 16, 2015. In addition, the U.S. Marshal is directed to furnish subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. § 5702(a) for the dates June 15 and 16, 2015.

Mr. Reed is indigent and financially unable to travel to Sacramento, California and return to Aspin, Colorado without his transportation, lodging, and subsistence expenses being paid by the government.

Dated:  June 9, 2015.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE