JASON NATHANIEL REED
1160 N. Sherman Street, Apt. 101
Denver, CO 80203

(971) 297-8377

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-144 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR REQUEST TO TRAVEL |
| vs. | ) Hon. Kendall J. Newman |
| JASON NATHANIEL REED, | ) |
| Defendant. | ) |

  The defendant, Jason Nathaniel Reed, is currently on 24 months supervised release under supervision in the District of Colorado.

  It is hereby stipulated and agreed between Plaintiff, United States Of America, through its counsel of record, Lee Bickley, Assistant United States Attorney, and the defendant, Jason Nathaniel Reed, that Defendant's Standard Conditions of Supervision Number 1 be temporarily modified to permit him to travel out of the country to the Czech Republic between October 1, 2019 through October 14, 2019.

  During this trip Mr. Reed will stay with Ms. Jitka Siguenza.

  Mr. Reed will provide the United States Attorney's Office and his Probation Officer, Kit Griffin with the flight information prior to his travel and will travel only on the flights specified therein.

  Mr. Reed is in compliance with his conditions of supervised release. Ms. Griffin has no

Stipulation and Order

objection to the request for travel.

                                        Respectfully submitted,

DATED: September 5, 2019       */s/ Jason N. Reed*
                                        JASON NATHANIEL REED

DATED:  September 5, 2019      MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Lee Bickley*
                                        LEE BICKLEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Standard Condition of Supervision Number 1 for defendant, Jason Nathaniel Reed, be temporarily modified so to permit him to travel from Denver, CO to the Czech Republic from October 1, 2019 through October 14, 2019, to stay with Jitka Siguenza.

Mr. Reed shall provide the United States Attorney's Office and the Probation Officer with the flight information for this travel and shall travel only on those specific flights.

All other conditions of supervised release shall remain in force.

Dated: September 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order